■ FLORENCE K. NORTON, Appellant, v. LLOYD NORTON, Respondent.— Order insofar as appealed from unanimously reversed, with $25 costs and disbursements and motion for leave to amend denied, with $10 costs. Memorandum: This action is one for divorce. The order granted upon this motion permitted the defendant to amend his answer to plead a counterclaim attacking the validity of a judgment of annullment of a former marriage of the plaintiff. The proposed counterclaim was palpably insufficient on its face. (*Arcuri* v. *Arcuri*, 265 N. Y. 358.) (Appeal from part of an order of Steuben Special Term granting motion by defendant for leave to serve an amended answer and counterclaim.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■ EDWARD MILLER, Appellant, v. FORD MOTOR CO., Respondent.— Order reversed, without costs of this appeal to either party, and matter remitted to Special Term for further proceedings in accordance with the memorandum. Memorandum: Two orders were granted by Justice WITMER, each dated February 2, 1960. One order denied the right to serve a supplemental bill of particulars "without prejudice", and the other was an outright order to preclude. The second of these orders is recited in the order appealed from, but the first is not, and it is doubtful, therefore, whether any consideration was given to the first order when the order of dismissal was granted. The matter is remitted to Special Term for further consideration in view of the first order which was granted "without prejudice". All concur, except Goldman, J., who dissents and votes for affirmance. (Appeal from order of Steuben Supreme Court dismissing plaintiff's amended complaint.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■ HENRIETTA VAN SCHOONHOVEN, Respondent, v. GEORGE VAN SCHOONHOVEN, Appellant.— Order unanimously affirmed, with $25 costs and disbursements. Memorandum: Unless the parties agree upon a reference, a motion for a preference for a trial by the court should be granted if either party applies therefor. (Appeal from order of Erie Special Term giving exclusive occupancy of home of the parties to plaintiff and her children, directing defendant to pay all expenses of its maintenance, plus temporary alimony and counsel fees.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ ROCELL CONSTRUCTION COMPANY, INC., Respondent, v. CITY OF ROCHESTER, Appellant.— Order unanimously reversed, without costs of this appeal to either party, and motion granted, without costs. Memorandum. The denial of the motion to serve an amended answer was an improvident exercise of discretion. We do not pass upon the merits of the proposed amendment. (Appeal from order of Monroe County Court denying defendant's motion for permission to serve an amended answer to the amended complaint.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ In the Matter of CHARLES L. HEVERLY, Doing Business as STEUBEN HOTEL, Petitioner, v. MARTIN C. EPSTEIN, as Chairman of the State Liquor Authority, et al., Respondents.— Determination unanimously confirmed, without costs. (Review of the action of the State Liquor Authority, suspending petitioner's hotel liquor license, which proceeding was transferred to the Appellate Division for determination by order of Steuben Special Term.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.